USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  LINDA I. SLONE                                           :

                                Plaintiff,    :

            -against-                   :          19-CV-8617 (VEC)

                                                  :          <u>ORDER</u>

JKJ CORP., a New York corporation    :
a/k/a ASSOCIATED SUPERMARKET
GROUP, LLC, d/b/a ASSOCIATED      :
SUPERMARKET-WEST ST, and 13-15
WEST 100 STREET CORP., a New      :
York corporation,
                                                  :

                              Defendants.  :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 31, 2020, parties Slone and JKJ Corp. appeared for a conference with this Court;

      WHEREAS Mr. Steven Sperber failed to appear for Defendant 13-15 West 100 Street Corp.;

      IT IS HEREBY ORDERED THAT:

1. Mr. Sperber is ordered to show cause, no later than **February 5, 2020,** why he should not be sanctioned for failure to appear at the scheduled conference by being required to pay one hour of attorneys' fees for the attorney for the Plaintiff and the attorney for JKJ Corp.;

2. Defendants must move against or answer the complaint by **March 4, 2020**. Plaintiff may either amend her complaint or respond to Defendants' motion to dismiss (but not both) by **April 1, 2020**. Defendants' reply is due by **April 8, 2020.**

3. A case management plan will not be entered at this time. A pretrial conference will be held on **March 6, 2020 at 10:00 a.m**. The parties must submit a joint preconference letter by **February 27, 2020,** including a revised proposed Case Management Plan.

**SO ORDERED.**

**Date: January 31, 2020**
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**