# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 17, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/17/2020

**VIA CM/ECF**

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Sq., Courtroom 443
New York, New York 10007

Re:    Slone v. JKJ CORP., d/b/a Associated Supermarket, et al.-
       Case 1:19-cv-08617-VEC

Dear Judge Caproni:

All parties hereby jointly respectfully request the Court to stay all deadlines in the above-captioned matter for a period of thirty (30) days.

Due to the ongoing health crisis caused by the COVID-19 pandemic, the tumultuous economic effects it is causing the underlying business, as well as limited office resources, all parties' undersigned counsel hereby jointly respectfully request that the Court grant a thirty (30) day stay of all discovery deadlines in this matter, including the March 27, 2020 deadline to respond or amend re the pending Motion to Dismiss [D.E. 23] and the April 3, 2020 reply deadline.

The Court may wish to note that this is the first joint request to temporarily stay this matter. Thank you for your consideration of this unexpected, but necessary, joint request.

Respectfully submitted,

By:  S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com
    Attorney for Plaintiff

By:  S/ Steven B. Sperber
    Steven B. Sperber, Esq.
    Sperber Denneberg & Kahan, P.C.,
    48 West 37th Street, 16th Floor
    New York, NY 10018
    Telephone: (917) 351-1335
    Facsimile:  (917) 351-1303
    Email: ssperber@sdkpc.com Mary
    Attorney 13-15 West 100 Street Corp.

By:  S/ Migir Ilganayev
    Migir Ilganayev, Esq.
    Ilganayev Law Firm
    139 Fulton Street, Suite 801
    New York, NY 10038
    Telephone:  (917) 957-3563
    Email: ilganayevlaw@gmail.com
    *Attorney for JKJ Corp.*

Application GRANTED. Plaintiff's deadline to file an amended complaint or opposition is extended to **April 27, 2020**. If Plaintiff files an opposition, Defendants' reply is due by **May 4, 2020.**

SO ORDERED.

*[signature]*                                    3/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE